

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v.  : | Case No.  RDB-21-0176 |
| : | |
| **LINDA PYLANT** : | |
| : | |
| **Defendant** : | |

## ORDER

Upon consideration of the Court to Modify Conditions of Pretrial Release, it is this 8th day of September 2022, hereby:

**ORDERED**, that the Defendant is to be placed on home confinement except for Medical, attorney visits and school activities pending voluntary surrender to the Bureau of Prisons; and it is further

**ORDERED**, that the Defendant is not allowed to be left alone with her grandchildren during the period of home confinement; and it is further

**ORDERED**, that all other pretrial release conditions remain unchanged.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE